RICHARD J. DOREN, SBN 124666
    rdoren@gibsondunn.com
HEATHER L. RICHARDSON, SBN 246517
    hrichardson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

GEOFFREY M. SIGLER (*pro hac vice*)
    gsigler@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5306
Telephone: 202.955.8500
Facsimile:  202.467.0539

Attorneys for Defendant,
AETNA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F., CAROL F., and GRACE F.<br><br>Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 3:12-cv-2819-MMC<br><br>**[PROPOSED] ORDER APPROVING STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINTS**<br><br>The Hon. Maxine M. Chesney |
| KIM B. and AVIVA B.<br><br>Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 3:16-cv-01395-MMC<br><br>Complaint Filed: 03/22/2016 |

| | | |
|---|---|---|
| 1 | ALISON B. and DANIEL B. | CASE NO. 4:16-cv-01398-MMC |
| 2 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 3 | v. | |
| 4 | AETNA LIFE INSURANCE COMPANY, | |
| 5 | Defendant. | |
| 6 | WILLIAM B. and RYAN B. | CASE NO. 4:16-cv-01402-MMC |
| 7 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 8 | v. | |
| 9 | AETNA LIFE INSURANCE COMPANY, | |
| 10 | Defendant. | |
| 11 | LLOYD B. and TALYA B. | CASE NO. 4:16-cv-01405-MMC |
| 12 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 13 | v. | |
| 14 | AETNA LIFE INSURANCE COMPANY, | |
| 15 | Defendant. | |
| 16 | RODNEY K. and BRIAN K. | CASE NO. 3:16-cv-01397-MMC |
| 17 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 18 | v. | |
| 19 | AETNA LIFE INSURANCE COMPANY, | |
| 20 | Defendant. | |
| 21 | MARK L. and ELAINE L. | CASE NO. 3:16-cv-01399-MMC |
| 22 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 23 | v. | |
| 24 | AETNA LIFE INSURANCE COMPANY, | |
| 25 | Defendant. | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | | |
| 2 | R.M. and M.M. | CASE NO. 5:16-cv-01401-MMC |
| 3 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 4 | v. | |
| 5 | AETNA LIFE INSURANCE COMPANY, | |
| 6 | Defendant. | |
| 7 | PERRY P. and EVAN P. | CASE NO. 4:16-cv-01400-MMC |
| 8 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 9 | v. | |
| 10 | AETNA LIFE INSURANCE COMPANY, | |
| 11 | Defendant. | |
| 12 | RICHARD R. and SUSANNA R. | CASE NO. 4:16-cv-01404-MMC |
| 13 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 14 | v. | |
| 15 | AETNA LIFE INSURANCE COMPANY, | |
| 16 | Defendant. | |
| 17 | DAGMAR W. and SAMANTHA W.. | CASE NO. 3:16-cv-01403-MMC |
| 18 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 19 | v. | |
| 20 | AETNA LIFE INSURANCE COMPANY, | |
| 21 | Defendant. | |
| 22 | CHERYL N. and TRISTAN W. | CASE NO. 4:16-cv-01406-MMC |
| 23 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 24 | v. | |
| 25 | AETNA LIFE INSURANCE COMPANY, | |
| 26 | Defendant. | |
| 27 | | |
| 28 | | |

[~~PROPOSED~~] ORDER APPROVING STIP. TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINTS, CASE NO. 12-CV-2819-MMC

**[PROPOSED] ORDER**

Good cause being shown in the parties' Joint Stipulation to Extend Defendant's Time to Respond to Complaints, IT IS HEREBY ORDERED THAT Defendant shall have up to and including Friday, May 27, 2016 to answer or otherwise respond to Plaintiffs' Third Amended Complaint and the 11 new complaints.

**IT IS SO ORDERED.**

DATED this <u>23rd</u> day of <u>  May          </u>, 2016

_____
The Hon. Maxine M. Chesney
United States District Court Judge for the
Northern District of California